UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

FILED
ASHEVILLE, N.C.
JAN 15 2008
U.S. DISTRICT COURT
W. DIST. OF N.C.

CIVIL NO. 1:07CV377

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | **CONSENT ORDER FOR STAY** |
| v. | ) | |
| $23,713.00 IN UNITED STATES CURRENCY | ) | |
| Defendant. | ) | |

This matter is before the Court on a Motion by Claimants Cherokee Trading Post, Inc., Ivy, LLC and the owner of such entities, JACK WILLIS SHEPHERD, with counsel, not opposed by the United States, to enter a stay of this civil forfeiture case pursuant to 21 U.S.C. § 881(i) and 18 U.S.C. § 981(g), pending resolution of a related criminal investigation.

The Court FINDS that a stay is warranted at this time in order to protect the Fifth Amendment rights of JACK WILLIS SHEPHERD.

It is therefore ORDERED that this case is stayed until further order of the Court.

It is further ORDERED this stay shall be without prejudice to the rights of Cherokee Trading Post, Inc., Ivy, LLC and the owner of such entities, JACK WILLIS SHEPHERD, to file a claim, answer, and/or any other pleading or responsive motion within the time permitted by the Federal Rules of Civil Procedure, with the applicable time period or periods to begin running from the date the stay is lifted.

This the 15th day of January, 2008.

_____
DENNIS L. HOWELL
UNITED STATES MAGISTRATE JUDGE

_____
ROBERT B. LONG, JR
Counsel to Cherokee Trading Post, Inc., Ivy, LLC and the
Owner of such entities, JACK WILLIS SHEPHERD

_____
ANDREW B. PARKER
Counsel to Cherokee Trading Post, Inc., Ivy, LLC and the
Owner of such entities, JACK WILLIS SHEPHERD


NOT OPPOSED:

_____
THOMAS R. ASCIK
Assistant United States Attorney