# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
## 1:07cv377

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| $23,713.00 IN UNITED STATES CURRENCY, | ) ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**THIS MATTER** is before the court on the court's own Motion to Lift Stay. Stay was entered on January 15, 2008, in order to protect the fifth amendment rights of claimant Jack Willis Shepherd. Review of the court's docket reveals that the prosecution of Mr. Shepherd is complete and that his fifth amendment rights are no longer at risk in the defense of this action *in rem*. Having considered the court's own motion and reviewed the pleadings, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that on the court's Motion to Lift Stay is **GRANTED,** the **STAY** is **LIFTED**, and the deadline for Cherokee Trading Post, Inc., Ivy, LLC, and Jack Willis Shepherd to file a claim, answer, and/or any other

pleading or responsive motion as may be allowed under the Federal Rules of Civil Procedure or the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions shall begin running from the date this Order is signed.

Signed: February 17, 2009

Dennis L. Howell
United States Magistrate Judge